DOC # 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 1008**

---------------------------------x

GENETIC DENIM, on behalf of itself and ) Civil Action No.
all others similarly situated, )
)
)
Plaintiff, ) **CORPORATE DISCLOSURE**
) **STATEMENT**
-against- )
)
YKK CORPORATION; YKK CORPORATION )
OF AMERICA; YKK (U.S.A.) INC.; YKK )
SNAP FASTENERS AMERICA, INC.; )
WILLIAM PRYM GMBH & CO., KG; PRYM )
CONSUMER USA, INC.; PRYM FASHION, )
INC.; COATS PLC; COATS NORTH AMERICA )
DE REPUBLICA DOMINICANA, INC.; and )
SCOVILL FASTENERS, INC., )
)
Defendants. )
---------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Genitic Denim, by and through its attorney, makes the following corporate disclosure statement: Genetic Denim Corporation has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
December 17, 2007

Respectfully submitted,

**BOHRER & LUKEMAN**

By:_____
Abram I. Bohrer
41 East 57th Street, 36th Floor
New York, NY 10022
Telephone: (212) 751-8000
Facsimile: (212) 751-8091